UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 18-21 WMW

Plaintiff
Aaron J. Curry                       Case #
3110 Queen Ave N                     27-CR-17-20048
Mpls MN 55411                        27-VB-17-20768
612 406-6053                         27-VB-15-27115203213
                                     27-VB-14-27114026156

V.

State of Minnesota
District Court 4th Judicial
District,

## NOTICE OF REMOVAL TO FEDERAL COURT

Notice of Removal of Action Under 28 U.S.C § 1331 - 1446 - 1455 (a) Federal Question

I Aaron J Curry wish to have Removal of my cases Move here and have a Jury of my pears selected My Rights are being deprive under the color of law and the State prosecutor is acting as Judge and he cant be both, and No injured party sworn complaint and lack of Jurisdiction, The Judge wont tell me why all motions denied or show facts when i ask and much more

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Plaintiff(s),

Aaron J Curry

vs.

Case No. _____
(To be assigned by Clerk of District Court)

State of Minnesota

DEMAND FOR JURY TRIAL

YES ☒   NO ☐

Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

    a. Plaintiff

    Name  Aaron J Curry

    Street Address  3110 Queen Ave N

    County, City  Minneapolis

    State & Zip Code  Minnesota 55411

    Telephone Number  612 406-6053

D. David Bernstein Assistant
City Attorney, Attorney
Registration #0389086
Office of the Minneapolis City
Attorney 350 South 5th Street
Room 210 MN 55415


E ~~Laufete Notfer~~
Ms Lasina
Hennepin County Court
Minneapolis MN 55487

F Rob
Hennepin County Court
Minneapolis MN 55487

G

h/.

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

   Name: Judge Michael burn

   Street Address: Hennepin county District court Hennepin county government center

   County, City: 300 South sixth street Minneapolis Minnesota

   State & Zip Code: 55487

   b. Defendant No. 2

   Name: Laufele Mufffer

   Street Address: Hennepin county District court Hennepin county government center

   County, City: 300 South sixth street Minneapolis Minnesota

   State & Zip Code: 55487

   c. Defendant No. 3

   Name:

   Street Address: Hennepin county District court Hennepin county government center

   County, City: Minneapolis Minnesota

   State & Zip Code: 55487

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: [X]
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

## JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   ☒ Federal Question  *This one*   ☒ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

   *Handwritten:* Violating Oath of Office / Jurisdiction / Rule 5(4) / Clerk / Acceptance by Clerk / A.C. / 18 U.S. Codes Section 242 title 18 Deprive of Rights / 14 Amendment / 5th Amendment / 6 Amendment / 9 Amendment / 18 U.S. code § 1506 Theft / Obstruction of Justice / § Intimidating of witness / fraudulent Acts / Conspiracy Against Rights 18 U.S.C. 241 / §14-226 / Assault / Perjury / Reco Act / False Arrest

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name: _____   State of Citizenship: _____

   Defendant No. 1: _____   State of Citizenship: _____

   Defendant No. 2: _____   State of Citizenship: _____

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.** ☐

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   ☒ Defendant(s) reside in Minnesota    ☒ Facts alleged below primarily occurred in Minnesota

   ☐ Other: explain

## STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. I State a multitude of federal laws that the state actors violated by attempting to falsely apply a regulator statues for the purpose of interfering with interstate and intrastate commerce by seizing person and properties by not engaging into commerce. Using as well irrebattable presumption, Judge Michael buen. State prosecutor Laufele Murffer, officer Jeremy Brodin,

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☒
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

I'm asking that this Judge Be remove from his ~~duties~~ duties Judge Michael buen along with with Laufele Murffer and I'm giving compensated with the amount of 5.5 million dollars as my relief and each officer has a complaint file and i wish to have the case Remove to the U.S District Court District of Minnesota, federal Court

8) Judge Michael Burn
Fail to inform me with a Answer as the 6 Amendment grants me the right to know, and it grants the Judge their duty to inform me I ask Judge Michael Burn

9) I ask Judge Michael burn to make a ruling on all motions, the Judge denied all motions of my rights, I then ask the Judge to dismiss the case under state vis spokane Judge denied to with out a answer, 18 U.S section 242 title 18 Deprive of Rights, also violated 14 Amendment and Fifth Amendment also the 9th Amendment Rights was all violated

10) I move on to argue Jurisdiction as i did so, i then ask the Judge proof that the court has Jurisdiction he stated yes he has Jurisdiction and so does the states prosecutor over the actions of the complaint or something like that, so i then ask the Judge do i have the right to see it that gives him facts thats so undisputed if so please inform me i like to see it, i ask him three times more to give me facts and proof i he remains silent, 6 Amendment / 242 title 18 lack of Jurisdiction 14 Amendment Obstruction of Justice,

11) I then told the Judge i move for dismissal cause there no sworn in complaint from a injured party and No injured party is present. The Judge denied to dismiss and take a recess Break, Wow, thats is violating the Oath of office, obstuction of Justice 242 title 18 Deprive of Rights and Let it show that the Judge is setting a stage to punish me and comment to do fraudulent act and conspiracy against Rights.

12) The state prosecutor Laufela Murffer did not accept motions, Then the Judge put in a plea i then object because i didnt understand the nature or cause of the charges being against me and before i can make a plea i need some question answer the Judge took a recess Break

13) Doing the recess Kaufela Murffer chase after me as i was leaving out the door to get some air he begin to yell at me telling me to make a plea and not to leave or he will issue a warrent for my arrest.



14) i respond to him by stated show me facts, He begain to raise his voice at me causing panic in the court room befor i can open the door to get away from the crew job foor or more sheriff's Rush me at the door!   Harassment 609.749

15) I told the Sheriffs im Just trying to get out the door they block my way and damanded identification i ask why was there a crime committed is someone huet the sheriff said give me your identification or You go to Jail,

16) I stated why he said because i was disrupting the court, i stated it wasnt me it was the state prosecutor yelling the Sheriff ask us to step out and talk outside the court Room and tell him whats going on i refuse to tell him.

17) But the State prosecutor gave a statement that in fact i wasnt willing to give up my Rights, doing the time the sheriff had my indentification the sheriff took a photo of my indentification after the state prosecutor shared information to the sheriff about my case saying to the sheriff what i wasnt willing to do, and what he wanted me to do.

18 (18) I felt i was being harassed and intimidated and him sharing my cause is against confidentiality, Laufela Murffer violated my Rights of privacy and continually to harrass me telling me to make a plea Now as i was out in the hallway with him and the four sheriff's, as one was taking A.C pictures of my iid, /5 degree Assult/

19 (19) As walk back into the court room i told Laufela murffer that was harassment and intimidated me, Soon as the Judge came back from recess Laufela murffer Stated to the Judge he would Like to put something on Record.

20 (20) Laufela Murffer said on record that i was make false accusations against him and it wasn't his plan that the officer came and that i felt Auron Curry i was being intimidated he stated for the record something like that im for sure.

21 (21) The Judge then call the sheriff over to his bench a sheriff i never seen in the hallway the Judge was covering the mic so i could not hear but as the Judge was whispering into the sheriffer ear the Judge started pointing his fingers at me. and the sheriff turn and look at me and Nob his head up and down with cold eye's stare, My heart drop fear became reality and reality became fear, /5 degree Assult/ Assal

22) The Judge then said he Sending this case to a Jury trial i Objected cause only my attorney or me can put in a plea and i didnt give the Judge power of attorney over me.   obstruction of Justic/
conspiracy against Rights / 242 title 18

23) The Judge then Said i can argue all my Motions there in a Jury trial i objected but the Judge denied it and close out with his Ruling.   obstruction of Justic     9 Amendment
242 title 18     violating oath of office     6 Amendment
                                              5 Amendment
                                              14 Amendment

24) And the State prosecutor Said he will make sure to the Judge that i get a copie of the complaint and and evidence Audio and Video ONLY A.C/ receive Complaints in the Mail.   I desree
conspiracy against Rights / Fraudulent acts / Fraud

25) Court has refuse to accept Motions and Affidavits that ask for Fee waver. So i can apply to have Evidence and copies of the complaint Audio-N-video

26) On 12/17/2017 I step into the clerk office to file in my motion of motion with affidavit's Ms _____ took my motions and affidavits before she accept it wasn't going two file them so i demanded she did twise demanded her,

27) the clerk told me no she wanted me to take them to court and file them, The clerk has file all of my motions in the pass but something about these motions and affidavits was a problem, Mrs Cising and Rob

28) I ask for the Supervisor and Mr _____ Replied that he will file them so Mrs _____ took them after she refuse twise so i ask for a receipt and stamp and when will i get copies,

29) He said not today but they will be in Records by the next day my witness and i didn't understand why want they file them and etc.

33) Officer Jeremy Brodin has being inform as the complaint states shows facts, But has choose to violate civil Rights Cause he feels he is above the law, title 42 section 1983 of the us code   Count B 1-3

34) And the Judge also Trespass on Rights of, 42 U.S.C Section 1983, 1886 Failure to prevent Further Harm

35) Deprive of Rights under section 242 of title 18 under the Color of law, ~~3 Counts~~ Each Party has three counts of this

36) ~~False arrest~~ Are ~~Counts 3~~

36) Judge illegal Enter a Not guilty plea and set on date Dec-11-2017 The case for Jury tra. I Recieve a Email cop Cant make it to that day. being serve. After being serve

30) After my Motion hearing i check the Records and NO Such Motion was put into Court files, i went back to the clerk and ask and no answer was giving,

31) All Motions was file for case's Number's 27-VB-17-207618 / 27-Cr-17-20048 / 27-VB-15-27111S203213 27-VB-14-271114026156

32) Under oath the clerks committed Perjury first degree Material to the action proceeding or matter in which it is made, Class D felony, 18 U.S code § 1506 Theft, chapter 714,1 of 1-2 5, So i make this clear the clerks both took a oath to uphold and did not uphold there oath i believe thats perjury, and 18 U.S.C 241 Conspiracy against rights / Violating oath of office,

37) FREEDOM of Rights the Judge want grant my Motions to have to protect my Rights with affidavit's ~~stated facts~~ Stating facts and Not Answing why and i Sent well shall i say File for a answer I Damaned for a answer No Answer was giving.

38) The Courts Left me No Room to get Everdence from them until 2 weeks after the case motions hearing where the Judge Violated his Oath

39) But the State Send me the complaint But NO Audio and Video from City Hall the Police station and the motion to have that Everdence was deny as well of 14 Motions along with Motions File Dec/17/2017